TWENTY-SECOND JUDICIAL DISTRICT COURT FOR THE PARISH OF St. TAMMANY

STATE OF LOUISIANA

DOCKET NO 2018 11441      DIVISION D

ASHLEY CHOUEST, INDIVVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, LUCIEN JOSEPH BARBARIN, III, LANDEN BARBARIN AND LIVIA BARBARIN

VS.

THE CIGNA INSURANCE COMPANY

**MAR 2 6 2018**      s/SANDRA BURRIS

FILED      DEPUTY CLERK

## PETITION FOR DAMAGES FOR BREACH OF LIFE INSURANCE CONTRACT AND FOR PAYMENT OF DEATH BENEFIT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Ashley Chouest, a person of the full age of majority and resident of this Parish, individually and on behalf of her minor children, Lucien Joseph Barbarin, III, Landen Barbarin and Livia Barbarin, who with respect represents the following:

I.

That she is the mother and natural tutrix of her minor children, Lucien Joseph Barbarin, III, Landen Barbarin and Livia Barbarin,

II.

That Lucien Joseph Barbarin, III, Landen Barbarin and Livia Barbarin are the minor children of Lucien Joseph Barbarin, Jr., now deceased.

III.

Made defendant herein is The CIGNA Insurance Company, a foreign insurer authorized to do and doing business in this Parish, State of Louisiana, for the following:

**EXHIBIT A**

IV.

That on or about May 6, 2017, decedent, Lucien Joseph Barbarin, Jr., was a pedestrian on US Highway 190, near the Fontainebleau State Park in Mandeville, where he was run over and killed by a 2014 Ford F-250 truck owned and operated by one Paul William Olsen, Jr. The Saint Tammany Parish coroner classified the death as accidental.

V.

That at all times pertinent herein, the deceased Lucien Joseph Barbarin, Jr. was covered by a group insurance policy issued to his employer Auto-Chlor Service, LL.C. by the CIGNA Insurance Company, Policy#: OK 968360; which provided a death benefit payment of $52,000 to Lucien Joseph Barbarin, Jr.'s beneficiaries in the event of his accidental death.

VI.

That despite being provided sufficient proof of claim by your petitioners and proof of the accidental nature of Lucien Joseph Barbarin, Jr.'s death, defendant has denied petitioners' claim for payment of the deceased's accidental death benefits due the minor children under the terms of the group insurance policy; which failure to pay is a breach of the contract of insurance.

VII.

That defendant The CIGNA Insurance Company acted negligently and arbitrarily in its handling, processing and administration of the claims process, and committed other acts of negligence and/or omission that may be proven at trial.

VIII.

That defendant The CIGNA Insurance Company's failure to pay the accidental death benefit is arbitrary and capricious, and reasonable attorney's fees and statutory penalties are due your petitioners.

WHEREFORE, your petitioners pray that defendant be served with a copy of this petition and duly cited to appear and answer same, and that after due proceedings are had, there be judgment herein in favor of plaintiffs, Ashley Chouest, individually and on behalf of her minor children, Lucien Joseph Barbarin, III, Landen Barbarin and Livia Barbarin, and against defendant The CIGNA Insurance Company, together with legal interest, for all costs of these proceedings, and for all other general and equitable relief

Respectfully submitted,

STEPHEN C. JUAN
LA. BAR ROLL#: 18274
P. O. BOX 6425
METAIRIE, LOUISIANA 70009
PH#: (504) 259-0272
FAX#: (504) 455-1087
E-MAIL: stephencjuan@hotmail.com
ATTORNEY FOR PLAINTIFFS

PLEASE SERVE:
The CIGNA Insurance Company
Through the Secretary of State

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Sandra Burris, Deputy Clerk

# State of Louisiana
## Secretary of State

INCOMING LEGAL

APR 2 4 2018

04/19/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CIGNA INSURANCE COMPANY
C/O ACE AMERICAN INSURANCE COMPANY
ATTN: SAVERIO M. ROCCA, ESQUIRE
436 WALNUT STREET
PHILADELPHIA, PA 19106

Suit No.: 201811441
22ND JUDICIAL DISTRICT COURT
SAINT TAMMANY PARISH

ASHLEY CHOUEST, IND, OBO
vs
THE CIGNA INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: L. KLING

Date: 04/18/2018
Title: DEPUTY SHERIFF

No: 1074589

KC

Case 2:18-cv-04949-BWA-JCW  Document 1-1  Filed 05/15/18  Page 5 of 5



| | |
|---|---|
| **ASHLEY CHOUEST** | **22nd Judicial District Court** |
| **VS:  2018-11441 D** | **Parish of St. Tammany** |
| **THE CIGNA INSURANCE COMPANY** | **State of Louisiana** |

**TO THE DEFENDANT**   THE CIGNA INSURANCE COMPANY THROUGH THE

SECRETARY OF STATE

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   26TH   day of   MARCH  , 2018.

*Melissa R. Henry*, Clerk of Court

BY:   **S/SANDRA BURRIS**

Sandra Burris                                                              Deputy Clerk

Issued: 4/2/18

Attorney: (P) or (D)

STEPHEN C. JUAN (P1)
P O BOX 6425
METAIRIE LA 70009

*A TRUE COPY*
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Sandra Burris, Deputy Clerk

Received on _____, 2018, and on _____, 2018,

I served a true copy of the within _____,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff

Parish of _____

101 - 15 day regular Citation
Rev 7/16