## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHLEY CHOUEST, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, L.J.B., III, L.B. and L.B. | * * * * | CIVIL ACTION NO.: 18-4949<br><br>JUDGE BARRY W. ASHE |
| VERSUS | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| CIGNA INSURANCE COMPANY | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

Plaintiff, Ashley Chouest, Individually and on Behalf of Her Minor Children, L.J.B., III, L.B. and L.B., for herself, her heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Life Insurance Company of North America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Life Insurance Company of North America, be and they are hereby dismissed, with prejudice.

WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures on Next Page*

Respectfully submitted,

| | |
|---|---|
| s/ Stephen C. Juan | s/ Lauren A. Welch |
| STEPHEN C. JUAN (#18274) | LAUREN A. WELCH (#17199) |
| P.O. Box 6425 | McCRANIE, SISTRUNK, ANZELMO, |
| Metairie Louisiana  70009 | HARDY, McDANIEL & WELCH, L.L.C. |
| Telephone:  (504) 259-0272 | 909 Poydras Street, Suite 1000 |
| Facsimile:  (504) 455-1087 | New Orleans, LA  70112 |
| E-mail:  stephencjuan@hotmail.com | Telephone:  (504) 831-0946 |
| *Attorney for Petitioner, Ashley Chouest,* | Facsimile:  (800) 977-8810 |
| *Individually and on Behalf of Her Minor* | E-mail:  lwelch@mcsalaw.com |
| *Children, L.J.B., III, L.B. and L.B.* | *Attorney for Defendant, Life Insurance Company of North America* |