# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHLEY CHOUEST, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, L.J.B., III, L.B. and L.B. | * * * * | CIVIL ACTION NO.: 18-4949 JUDGE BARRY W. ASHE |
| VERSUS | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| CIGNA INSURANCE COMPANY | * | |

* * * * * * * * * * * * *

## O R D E R

Considering the above and foregoing Joint Motion to Dismiss (R. Doc. 22):

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 9th day of April, 2019.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT COURT JUDGE**